IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNILOC USA, INC., et al., § | | |
| *Plaintiffs*, § | | |
| § | Case No. 2:16-cv-00992-JRG | |
| v. § | LEAD CASE | |
| § | | |
| MOTOROLA MOBILITY LLC, § | | |
| KYOCERA INTERNATIONAL, INC., § | Case No. 2:16-cv-00990-JRG | |
| *Defendants*. | | |

**ORDER OF DISMISSAL WITH PREJUDICE OF**
**ALL CLAIMS BY UNILOC AGAINST KYOCERA INTERNATIONAL, INC.**

Having considered the Stipulation of Dismissal With Prejudice of All Claims By Uniloc Against Kyocera International, Inc. (Dkt. No. 165), filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant Kyocera International, Inc. ("Kyocera"), the Court is of the opinion that the Stipulation is well-taken and the case should be **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Accordingly, it is **ORDERED** that:

1. Any and all claims by Uniloc against Kyocera are dismissed with prejudice.

2. Uniloc and Kyocera shall each bear their own attorney fees, expenses, and costs.

3. All other relief requested between Uniloc and Kyocera, including the joint motion for an additional stay of all deadlines (Dkt. No. 160), is hereby **DENIED AS MOOT**.

4. The Clerk is directed to **CLOSE** member case 2:16-cv-990.

**So ORDERED and SIGNED this 21st day of June, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE